Argued and submitted February 24, affirmed October 14, 1992

Gary L. DALE,
*Appellant,*

*v.*

STATE OF OREGON
through its
BUILDING CODES AGENCY,
*Defendant,*

Karen GREEN
and Deschutes County,
*Respondents.*

(90-CV-0252TM; CA A69189)

839 P2d 274

Patricia Campbell, Salem, argued the cause and filed the brief for appellant.

Karen Majcher Art, Assistant Attorney General, Salem, argued the cause for respondent State of Oregon. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Richard L. Isham, Legal Counsel, Bend, waived appearance for respondents Karen Green and Deschutes County.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff brought an action against the State of Oregon Building Codes Agency (Agency), Deschutes County (County) and Karen Green, seeking a declaratory judgment that his general supervisor's electrician's license is valid and requesting an order restraining and enjoining County and Green from denying permits to persons employing plaintiff as an electrician because Agency had not issued him a license. He also brought a claim against Agency under 42 USC § 1983. The trial court dismissed the section 1983 claim, as well as the declaratory judgment action against Agency, and entered a judgment on the pleadings for County and Green.

Plaintiff sought review of the trial court's action as to all defendants. However, after the briefs were filed, plaintiff moved to dismiss the appeal as to Agency on the ground that plaintiff's "license had been restored to him." Agency then was dismissed as a party to the appeal. Plaintiff's claim against County and Green is dependent on its claim against Agency. Because plaintiff makes no separate arguments as to the judgment for County or Green, there is nothing left to review.

Affirmed.